IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID E. LEWIS, JR.
ADC #165397                                                    PLAINTIFF

v.                          No. 5:18-cv-207-DPM-BD

LARRY NORRIS, Director, ADC, Tucker
Unit;   FRANCIES MAYO, Inmate, Tucker
Unit;   SIMMONS, Lieutenant, ADC, Tucker
Unit;   RYLE, Sergeant, ADC, Tucker Unit;
and MOORE, Sergeant, Tucker Unit                             DEFENDANTS

## ORDER

Unopposed partial recommendation, № 10 adopted.   FED. R. CIV.
P. 72(b) (1983 addition to advisory committee notes).   Lewis's claims
against Mayo are dismissed with prejudice.

So Ordered.

_DPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_16 October 2018_