# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DAVID E. LEWIS, JR.
ADC #165397                                                              PLAINTIFF

v.                       No. 5:18-cv-207-DPM-BD

LARRY NORRIS, Director,
ADC, Tucker Unit; SIMMONS,
Lieutenant, ADC, Tucker Unit;
RYLE, Sergeant, ADC, Tucker
Unit; and MOORE, Sergeant,
ADC, Tucker Unit                                                        DEFENDANTS

## ORDER

Even though he requested and received an extension of time, № 23 & 24, Lewis hasn't objected to the pending recommendation. Unopposed partial recommendation, № 22, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Lewis's claims against Simmons and Ryle are dismissed without prejudice for failure to serve.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 January 2019