# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DAVID E. LEWIS, JR.
ADC #165397                                                    PLAINTIFF

v.                          No. 5:18-cv-207-DPM-BD

LARRY NORRIS, Director,
ADC, Tucker Unit;  and
GREGG MOORE, JR.,
Sergeant, ADC, Tucker Unit                                    DEFENDANTS

## ORDER

Unopposed recommendation, № 34, adopted.  FED. R. CIV. P. 72(b)
(1983 addition to advisory committee notes).  Motion, № 29, granted.
Lewis's claims against Larry Norris are dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 April 2019