# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DAVID E. LEWIS, JR.
ADC #165397                                                           PLAINTIFF

v.                        No. 5:18-cv-207-DPM

GREGG MOORE, JR,
Sergeant, ADC, Tucker Unit                                            DEFENDANT

## ORDER

The Court adopts Magistrate Judge Deere's unopposed recommendation, № 40. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, № 36, granted. Lewis's claims against Moore will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 October 2019