# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**DAVID E. LEWIS, JR.**
**ADC #165397**                                    **PLAINTIFF**

v.                          **No. 5:18-cv-207-DPM**

**LARRY NORRIS, Director, ADC, Tucker**
**Unit; FRANCIS MAYO, Inmate, Tucker**
**Unit; SIMMONS, Lieutenant, ADC, Tucker**
**Unit; RYLE, Sergeant, ADC, Tucker Unit;**
**GREGG MOORE, JR, Sergeant, ADC, Tucker**
**Unit; and DOES, Inmate Barrack Porters**
**and Infirmary Staff (Nurses), Tucker Unit**      **DEFENDANTS**

## JUDGMENT

Lewis's claims against Norris, Mayo, and Moore are dismissed with prejudice. All other claims are dismissed without prejudice.

*WMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

23 October 2019